2023R00077/SCF/SD/fk

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Zahid N. Quraishi |
| v. | : | Crim. No. 23-532 |
| HAJEEM SUMLER, | : | ABANDONMENT AND WAIVER OF RIGHTS TO CERTAIN SEIZED |
| Defendant. | : | PROPERTY |

WHEREAS, on our about July 5, 2023, pursuant to a plea agreement, defendant Hajeem Sumler pleaded guilty to a one-count Information which charged him with, possessing a firearm in a school zone, in violation of 18 U.S.C. §§ 922(q)(2) and 924(a)(4)(Count One);

WHEREAS, defendant Hajeem Sumler agrees to forfeit and abandon to federal, state, and/or local law enforcement all of his right, title, and interest in one Springfield XDS 9mm handgun, bearing serial number XS924072 (the "Specific Property");

WHEREAS, defendant Hajeem Sumler waives, abandons, and surrenders all of his right, title, and interest in the Specific Property; will not challenge in any way his waiver, abandonment, and surrender of the Specific Property, including any and all procedural challenges such as the right to any further notice; and agrees and consents to the lawful disposition, including destruction, of the Specific Property by federal, state, and/or local law enforcement; and

WHEREAS, defendant Hajeem Sumler further agrees that this Abandonment and Waiver of Rights is final and unappealable.

ORDERED this 31st day of January, 2024.

_____
HONORABLE ZAHID QURAISHI
United States District Judge

The undersigned hereby consent to the form and entry of this Order:

PHILIP R. SELLINGER
United States Attorney

_____           Dated: 1/31/24
By: JASON GOLDBERG
    Assistant United States Attorney

_____           Dated: 1/31/24
BROOKE M. BARNETT, ESQ.
Attorney for Defendant Hajeem Sumler

_____           Dated: 1/31/24
HAJEEM SUMLER, Defendant

-2-